**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Antonio Scoggins
David Wade Corr. Center DOC No. 573046
670 Bell Hill Road
Homer LA 71040-2150

**REHEARING ACTION: January 21, 2015**

**Docket Number: 14   00980-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ANTONIO SCOGGINS**

**Writ Application from Calcasieu Parish Case No. 07-14498**

**BEFORE JUDGES:**

> Hon. Jimmie C. Peters
> Hon. James T. Genovese
> Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Antonio Scoggins** is:

> **REHEARING DENIED.**   In the "Application for Supervisory Writ of
> Judicial Review/Relief Claim," Relator asserted he was being unlawfully
> denied work release pursuant to La.R.S.15:711.  On October 30, 2014,
> this court ordered the trial court to provide this court with a copy of the
> transcript of October 10, 2014.  Based on a review of that transcript, at
> the hearing, Relator requested "restructuring of the sentence" and to be
> sentenced "under [La.]R.S. 15:1144(a)" to a rehabilitation center.  The
> trial judge ruled on the claim presented at the hearing.  At the hearing,
> Relator did not argue his claim based on La.R.S. 15:711, nor did he
> object to the trial court's failure to rule on it.   Thus, he waived the claim
> presented in his written motion. *State v. Wright*, 02-1268 (La.App. 3 Cir.
> 3/5/03), 839 So.2d 1112.  Accordingly, Relator's application for rehearing
> is denied.

cc: John Foster DeRosier, Counsel for  the Respondent